# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHALEDEEANNKA DEBORAH ANN GOYENS,** | CASE NO. 19-cv-06303-YGR |
| Plaintiff, | |
| vs. | **ORDER DISMISSING AND CLOSING CASE** |
| **SWORDS TO PLOWSHARES,** | |
| Defendant. | |

The Court has received three additional filings from plaintiff: (1) a "request for judicial notice" (Dkt. No. 12); (2) a "waiver of two set" (Dkt. No. 13); and (3) an "objection to case closure" (Dkt. No. 14). None of these filings make sense. As noted before, it is not clear from plaintiff's filings what relief plaintiff is seeking and against whom. In fact, the documents submitted are from other cases.

The Court again reminds plaintiff that she may seek assistance at the Legal Help Center, *free of charge*. Details are below.[1]

This Order closes this action. Should plaintiff receive assistance, a new action may be filed. No fees are due for this action.

**IT IS SO ORDERED.**

Dated: January 9, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis and will not be able to represent parties in their cases. There is no fee for this service. To make an appointment with the Legal Help Center in San Francisco, Plaintiff may visit the San Francisco Courthouse, located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, 94102, or call 415/782-8982. To make an appointment with the Legal Help Center in Oakland, plaintiff may visit the Oakland Courthouse, located at 1301 Clay Street, 4th Floor, Room 470S, Oakland, California, 94612, or call 415/782-8982. The Help Center's website is available at http://www.cand.uscourts.gov/helpcentersf.